UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. CR 07-121-01 ML

(1) LEI JIN,
(2) GENESCIENCE PHARMACEUTICAL CO., Ltd.,
(3) JEFFREY J. ROCK, alias GAVIN KANE
(4) ANDER JAA, alias ANDERSON JEFFERSON, and
(5) DAVID GARCIA

Defendants.

NOTICE OF APPEARANCE

Anthony M. Traini hereby enters his appearance on behalf of Lei Jin in the above-entitled matter.

/s/ Anthony M. Traini
ANTHONY M. TRAINI (#4793)
amt@atrainilaw.com
56 Pine Street – Suite 200
Providence, RI 02903-2819
Tel. 401.621.4700
Fax 401.621.5888

Dated: April 9, 2008

CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of April 2008, I served a true copy of the within Notice of Appearance via electronic means (ECF) on Adi Goldstein, Assistant United States Attorney and Stephen G. Dambruch, Chief, Criminal Division, at the United States Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

/s/ Anthony M. Traini